IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZACHARY L. SNYDER,

     Appellant,

 v.

Case No. 5D23-1610
LT Case No. 2009-CF-004812

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 18, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Zachary L. Snyder, Carrabelle, pro
se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.



MAKAR, JAY and EISNAUGLE, JJ., concur.